IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 8:19-CR-207 |
| DEVONTEZ BOBO, | ORDER FOR DISMISSAL |
| Defendant. | |

This matter is before the Court on the Government's Motion for Dismissal pursuant to Federal Rule of Criminal Procedure 48(a). Filing 23. The Government requests leave to dismiss, with prejudice, the Indictment, Filing 1, against Devontez Bobo. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The Government's Motion for Dismissal, Filing 23, is granted.

2. The Indictment, Filing 1, against Devontez Bobo is dismissed with prejudice.

Dated this 5th day of December, 2019.

BY THE COURT:

Brian C. Buescher
United States District Judge